58,876,-05

Larry Keele #1077576                     January 19, 2015
Ferguson Unit
12120 Savage Drive
Midway, Texas 75852


To:
Court of Criminal Appeals
Austin, Texas 78711


   Presiding Judge;

   Concerning the order from JUDGE RON RANGEL, of THE DISTRICT
COURT 379TH JUDICIAL DISTRICT.

   The order looks like a replay of lick-em and stick-em game.


   If the three grounds have been presented before, why were they
not acted on when either of the three grounds merit relief?


   It is hard to believe that people who are also going to prison
like to play games.




                                Sincerely;


                                Larry Keele

CASE NO:   2000-CR-3542 W5




RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

RECEIVED

JAN 2 3 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE